# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VERONICA FREELOVE, | ) CASE NO. 1:21-cv-00591-SO |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) |
| OUTBACK STEAKHOUSE, *et al.,* | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Veronica Freelove ("Plaintiff") and Defendants Outback Steakhouse and Outback Steakhouse of Florida, LLC ("Defendants") hereby stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to bear its own costs and fees.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ Andrew D. Pappert | s/ Gregory C. Scheiderer |
| Andrew Pappert (0093964) | Gregory C. Scheiderer (0087103) |
| The Spitz Law Firm, LLC | Vorys, Sater, Seymour and Pease LLP |
| 25825 Science Park Dr., Suite 200 | 200 Public Square, Suite 1400 |
| Beachwood, OH 44122 | Cleveland, Ohio 44114 |
| Ph: (216) 291-4744 | Ph: (216) 479-6100 |
| Fax: (216) 291-5744 | Fax: (216) 479-6060 |
| E-mail: drew.pappert@spitzlawfirm.com | E-mail: trcrookes@vorys.com |
| | E-mail: gcscheiderer@vorys.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
12/9/2021